**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| OAKLEY, INC., | ) |
| Plaintiff, | ) Case No. 15-cv-5963 ) ) **Judge Gary Feinerman** |
| v. | ) ) **Magistrate Judge Young B. Kim** |
| ZHANG YIYI, et al., | ) ) |
| Defendants. | ) ) |

**AMENDED COMPLAINT**

[CONTENTS FILED UNDER SEAL]