## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| OAKLEY, INC., | ) | Case No. 15-cv-5963 |
| Plaintiff, | ) | |
| | ) | **Judge Gary Feinerman** |
| v. | ) | |
| | ) | **Magistrate Judge Young B. Kim** |
| ZHANG YIYI, et al., | ) | |
| Defendants. | ) | |
| | ) | |

**Declaration of Adrian Punderson – Exhibit 3 – Parts 1-10 - UNSEALED**

Dated this 16th day of July 2015.

Respectfully submitted,
/s/ Jessica L. Bloodgood
Kevin W. Guynn
Amy C. Ziegler
Justin R. Gaudio
Jessica L. Bloodgood

Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
kguynn@gbclaw.net
aziegler@gbclaw.net
jgaudio@gbclaw.net
jbloodgood@gbclaw.net
*Counsel for Plaintiff Oakley, Inc.*