







Welcome To Oakley Sunglasses Google Shop.

Enter search keywords here

Shopping Cart: 0 item(s) - $0.00

Home | Shipping | Privacy | New Products | Specials | Contact Us | Register | Sign In | Sign out

OAKLEY WOMENS | OAKLEY RADAR | OAKLEY FROGSKINS | OAKLEY LIMITED EDITIONS | OAKLEY LIFESTYLE

Home :: Shipping & Returns

**CURRENCIES**

US Dollar

**CATEGORIES**

- Oakley 2013 Limited
- Oakley Active Sunglass
- Oakley Asian Fit Sunglass
- Oakley Crankcase Sunglass
- Oakley Deringer Sunglass
- Oakley Dispatch Sunglass
- Oakley Flak Jacket Sunglass
- Oakley Frogskins Sunglass
- Oakley Fuel Cell Sunglass
- Oakley Gascan Sunglass
- Oakley Hijinx Sunglass
- Oakley Jawbone Sunglass
- Oakley Juliet Sunglass
- Oakley Lifestyle Sunglass
- Oakley Limited Editions
- Oakley Photochromic
- Oakley Pit Boss Sunglass
- Oakley Plaintiff Sunglass
- Oakley Polarized Hijinx
- Oakley Pro M Frame
- Oakley Radar Path Sunglass
- Oakley Radar Sunglass
- Oakley Special Editions
- Oakley Star of Sunglass
- Oakley Womens Sunglasses
- Oakley X Squared

**INFORMATION**

14 day no quibble money back guarantee on all items

100% secure online ordering with full PCI Compliance

Friendly based customer support available

## Shipping & Returns

**International Orders**

We use International Express Service for all international deliveries. Please allow around 5-12 working days from dispatch. Additional delays may occur during the months of September - March due to the high demand and heavy load on postal services and customs. We are not responsible for loss or damage of your order in transit. This responsibility is passed on to you as soon as we hand your order over to the shipping company. International orders might be subject to import taxes/duties. For information, please contact your local customs authority. Any such taxes are the responsibility of the parcel recipient and are not paid by us.

**Cancellations**

Should you wish to cancel your order, you must email us immediately. 30% cancellation fee applies. Majority of orders are dispatched within 1-2 days from the order date. Shipped orders cannot be cancelled.

**Returns**

In the unlikely event of manufacturing faults, we would replace/repair the products at no cost to the customer. To return an item, you must email us and inform us of the reason. We will then provide you with further instructions. Goods must be returned within 8 days of receipt date - unworn and contain all the original packaging and labels. We will credit your original method of payment, excluding 25% re-stocking/processing fee and US$30 return fee. All shipping costs associated with the return of goods are the responsibility of the consumer.

**Exchanges**

To exchange a product, you must email us and inform us of the reason. We will then provide you with further instructions. The goods can be exchanged within 8 days of the receipt date provided they are unworn and in the original condition with all the original packaging and labels. When returning an item for an exchange, please ensure that your name, address, phone number and instructions are clearly indicated. All shipping costs associated with the exchange of goods are the responsibility of the consumer. We strongly recommend that you use traceable shipping, as we will not be responsible for any lost parcels. For overseas orders this process can take up to 30 days.

← BACK

















































Welcome To Oakley Sunglasses Google Shop.

Home :: Shipping & Returns

## Shipping & Returns

**International Orders**

We use International Express Service for all international deliveries. Please allow around 5-12 working days from dispatch. Additional delays may occur during the months of September - March due to the high demand and heavy load on postal services and customs. We are not responsible for loss or damage of your order in transit. This responsibility is passed on to you as soon as we hand your order over to the shipping company. International orders might be subject to import taxes/duties. For information, please contact your local customs authority. Any such taxes are the responsibility of the parcel recipient and are not paid by us.

**Cancellations**

Should you wish to cancel your order, you must email us immediately. 30% cancellation fee applies. Majority of orders are dispatched within 1-2 days from the order date. Shipped orders cannot be cancelled.

**Returns**

In the unlikely event of manufacturing faults, we would replace/repair the products at no cost to the customer. To return an item, you must email us and inform us of the reason. We will then provide you with further instructions. Goods must be returned within 8 days of receipt date - unworn and contain all the original packaging and labels. We will credit your original method of payment, excluding 25% re-stocking/processing fee and US$30 return fee. All shipping costs associated with the return of goods are the responsibility of the consumer.

**Exchanges**

To exchange a product, you must email us and inform us of the reason. We will then provide you with further instructions. The goods can be exchanged within 8 days of the receipt date provided they are unworn and in the original condition with all the original packaging and labels. When returning an item for an exchange, please ensure that your name, address, phone number and instructions are clearly indicated. All shipping costs associated with the exchange of goods are the responsibility of the consumer. We strongly recommend that you use traceable shipping, as we will not be responsible for any lost parcels. For overseas orders this process can take up to 30 days.

← BACK

















Welcome To Oakley Sunglasses Google Shop.

Home :: Shipping & Returns

## Shipping & Returns

**International Orders**

We use International Express Service for all international deliveries. Please allow around 5-12 working days from dispatch. Additional delays may occur during the months of September - March due to the high demand and heavy load on postal services and customs. We are not responsible for loss or damage of your order in transit. This responsibility is passed on to you as soon as we hand your order over to the shipping company. International orders might be subject to import taxes/duties. For information, please contact your local customs authority. Any such taxes are the responsibility of the parcel recipient and are not paid by us.

**Cancellations**

Should you wish to cancel your order, you must email us immediately. 30% cancellation fee applies. Majority of orders are dispatched within 1-2 days from the order date. Shipped orders cannot be cancelled.

**Returns**

In the unlikely event of manufacturing faults, we would replace/repair the products at no cost to the customer. To return an item, you must email us and inform us of the reason. We will then provide you with further instructions. Goods must be returned within 8 days of receipt date - unworn and contain all the original packaging and labels. We will credit your original method of payment, excluding 25% re-stocking/processing fee and US$30 return fee. All shipping costs associated with the return of goods are the responsibility of the consumer.

**Exchanges**

To exchange a product, you must email us and inform us of the reason. We will then provide you with further instructions. The goods can be exchanged within 8 days of the receipt date provided they are unworn and in the original condition with all the original packaging and labels. When returning an item for an exchange, please ensure that your name, address, phone number and instructions are clearly indicated. All shipping costs associated with the exchange of goods are the responsibility of the consumer. We strongly recommend that you use traceable shipping, as we will not be responsible for any lost parcels. For overseas orders this process can take up to 30 days.

← BACK

















































































Welcome To Oakley Sunglasses Google Shop.

Shopping Cart: 0 item(s) - $0.00

OAKLEY WOMENS | OAKLEY RADAR | OAKLEY FROGSKINS | OAKLEY LIMITED EDITIONS | OAKLEY LIFESTYLE

CURRENCIES

CATEGORIES

Home>> Shipping & Returns

## Shipping & Returns

We offer fast shipping to worldwide. Generally delivery time is about 5-7 business days. Orders will be shipped out within 48hours, once your order has been shipped, our customer service will send mail with tracking numbers to you. If you didn't get any infos about your order, please feel free contact our customer service. We will check it.

Orders may be delayed for reasons:

1."Bill To" and "Ship to" addresses are not the same.
2. Product current is out of stock.
3. Order is pending a credit approval and verification.
Return and Exchange Policy
As a wholesaler and retailer, it's our business to maintain long time business relationship with clients.
Hope you can understand that we only accept returns for exchange or refund for the following reasons:
1. Shipping errors
2. Damaged items
3. Dissatisfaction (see details)

About "Dissatisfaction", we allow change size or exchange other style within 3days, please don't forget to send us your name and order ID when you want to exchange different size or color. if the other item price is higher, you need to pay the extra fee and also have to pay restocking fee, shipping fee by western union payment. If return item, shipping costs ($20), restocking fee and a 15% non-refundable credit card charge is deducted from the credit amount.

### Cancel Order Policy

If you want to cancel your order, please contact our customer service after you order within 6 hours, before item don't delivery. So sorry that we can't cancel order when ship them out. Thank you for your understand. If you insist to cancel your order, please observe our return policy. 15% non-refundable credit card charge is deducted from the credit amount.
Attention:
1. All exchange or return products, must keep their original condition not worn, altered or washed, with all tags attached.
2. You must contact us customer service within 3days when you receive your item.
Hope we can understand each other. Any questions please mail us; we will attend to all matters and work together with you to resolve it.

BACK

INFORMATION

14 day no quibble money back guarantee on all items

100% secure online ordering with full PCI Compliance

Friendly based customer support available

































Welcome To Oakley Sunglasses Google Shop.

Home :: Shipping & Returns

## Shipping & Returns

**International Orders**

We use International Express Service for all international deliveries. Please allow around 5-12 working days from dispatch. Additional delays may occur during the months of September - March due to the high demand and heavy load on postal services and customs. We are not responsible for loss or damage of your order in transit. This responsibility is passed on to you as soon as we hand your order over to the shipping company. International orders might be subject to import taxes/duties. For information, please contact your local customs authority. Any such taxes are the responsibility of the parcel recipient and are not paid by us.

**Cancellations**

Should you wish to cancel your order, you must email us immediately. 30% cancellation fee applies. Majority of orders are dispatched within 1-2 days from the order date. Shipped orders cannot be cancelled.

**Returns**

In the unlikely event of manufacturing faults, we would replace/repair the products at no cost to the customer. To return an item, you must email us and inform us of the reason. We will then provide you with further instructions. Goods must be returned within 8 days of receipt date - unworn and contain all the original packaging and labels. We will credit your original method of payment, excluding 25% re-stocking/processing fee and US$30 return fee. All shipping costs associated with the return of goods are the responsibility of the consumer.

**Exchanges**

To exchange a product, you must email us and inform us of the reason. We will then provide you with further instructions. The goods can be exchanged within 8 days of the receipt date provided they are unworn and in the original condition with all the original packaging and labels. When returning an item for an exchange, please ensure that your name, address, phone number and instructions are clearly indicated. All shipping costs associated with the exchange of goods are the responsibility of the consumer. We strongly recommend that you use traceable shipping, as we will not be responsible for any lost parcels. For overseas orders this process can take up to 30 days.































ABOUT US

TOP SELLERS

SOCIALIZE WITH US

Contact Us

Shipping & Returns

Terms & Conditions

Privacy Policy

Oakley Active

Oakley Lifestyle

Oakley Women

Oakley Special Editions













Copyright © 2015 oak-fashiontrend.com. Powered by Oakley









**Related Products:**

Oakley Radar Sunglass 3099
~~$165.68~~ $24.99
Save: 85% off

Oakley Radar Sunglass 3106
~~$165.68~~ $24.99
Save: 85% off

Oakley Radar Sunglass 3094
~~$165.68~~ $24.99
Save: 85% off

Oakley Radar Sunglass 3107
~~$165.68~~ $24.99
Save: 85% off

Oakley Radar Sunglass 3095
~~$165.68~~ $24.99
Save: 85% off

Oakley Radar Sunglass 3101
~~$165.68~~ $24.99
Save: 85% off



The Shopping Cart : Oakl...

www.oak-fashiontrend.com/shopping_cart.html

Suggested Sites     Imported From IE                                              Other bookmarks

Currencies: US Dollar     LOG IN | MY ACCOUNT | CHECKOUT | LOG OUT | CART ( 1 )

HOME    OAKLEY WOMENS    OAKLEY RADAR    OAKLEY FROGSKINS    Enter search keywords

**FILTER BY**

**STYLE**
- Oakley 2015 Limited Sunglass
- Oakley Active Sunglass
- Oakley Asian Fit Sunglass
- Oakley Crankcase Sunglass
- Oakley Deringer Sunglass
- Oakley Dispatch Sunglass
- Oakley Flak Jacket Sunglass
- Oakley Frogskins Sunglass
- Oakley Fuel Cell Sunglass
- Oakley Gascan Sunglass
- Oakley Hijinx Sunglass
- Oakley Jawbone Sunglass
- Oakley Juliet Sunglass
- Oakley Lifestyle Sunglass
- Oakley Limited Editions Sunglass
- Oakley Pholochromic Sunglass
- Oakley Pit Boss Sunglass
- Oakley Plaintiff Sunglass
- Oakley Polarized Hijinx Sunglass
- Oakley Pro M Frame Sunglass
- Oakley Radar Path Sunglass
- Oakley Radar Sunglass
- Oakley Special Editions Sunglass
- Oakley Star of Sunglass
- Oakley Womens Sunglasses
- Oakley X Squared Sunglass

Home :: The Shopping Cart

**YOUR SHOPPING CART CONTENTS**                          [help (?)]

Total Items: 1  Weight: 0lbs  Amount: $24.99

| Qty. | | Item Name | Unit | Total |
|---|---|---|---|---|
| 1 |  | Oakley Radar Sunglass 3002 | $24.99 | $24.99 |

Sub-Total: $24.99

Back to shopping                                         Go to checkout

Estimate shipping

**ABOUT US**          **TOP SELLERS**          **SOCIALIZE WITH US**

Contact Us           Oakley Active



Copyright © 2015 oak-fashiontrend.com. Powered by Oakley





Oakley Special Editions Sunglass
Oakley Star of Sunglass
Oakley Womens Sunglasses
Oakley X Squared Sunglass

**Newsletter and Email Details**

HTML TEXT-Only

Submit

---

**ABOUT US**

Contact Us
Shipping & Returns
Terms & Conditions
Privacy Policy

**TOP SELLERS**

Oakley Active
Oakley Lifestyle
Oakley Women
Oakley Special Editions

**SOCIALIZE WITH US**



Copyright © 2015 oak-fashiontrend.com. Powered by Oakley











- Oakley Deringer Sunglass
- Oakley Dispatch Sunglass
- Oakley Flak Jacket Sunglass
- Oakley Frogskins Sunglass
- Oakley Fuel Cell Sunglass
- Oakley Gascan Sunglass
- Oakley Hijinx Sunglass
- Oakley Jawbone Sunglass
- Oakley Juliet Sunglass
- Oakley Lifestyle Sunglass
- Oakley Limited Editions Sunglass
- Oakley Photochromic Sunglass
- Oakley Pit Boss Sunglass
- Oakley Plaintiff Sunglass
- Oakley Polarized Hijinx Sunglass
- Oakley Pro M Frame Sunglass
- Oakley Radar Path Sunglass
- Oakley Radar Sunglass
- Oakley Special Editions Sunglass
- Oakley Star of Sunglass
- Oakley Womens Sunglasses
- Oakley X Squared Sunglass

Email Address: *
Message: *

Back                                                                 Send

## ABOUT US

Contact Us
Shipping & Returns
Terms & Conditions
Privacy Policy

## TOP SELLERS

Oakley Active
Oakley Lifestyle
Oakley Women
Oakley Special Editions

## SOCIALIZE WITH US



Copyright © 2015 oak-fashiontrend.com. Powered by Oakley



## SHIPPING & RETURNS

We offer fast shipping to worldwide. Generally delivery time is about 5-7 business days. Orders will be shipped out within 48hours, once your order has been shipped, our customer service will send mail with tracking numbers to you. If you didn't get any info's about your order, please feel free contact our customer service. We will check it.

Orders may be delayed for reasons:

1. "Bill To" and "Ship to" addresses are not the same.
2. Product current is out of stock.
3. Order is pending a credit approval and verification.
Return and Exchange Policy
As a wholesaler and retailer, it's our business to maintain long time business relationship with clients.
Hope you can understand that we only accept returns for exchange or refund for the following reasons:
1. Shipping errors
2. Damaged items
3. Dissatisfaction (see details)

About "Dissatisfaction", we allow change size or exchange other style within 3days, please don't forget to send us your name and order ID when you want to exchange different size or color. if the other item price is higher, you need to pay the extra fee and also have to pay restocking fee, shipping fee by western union payment. If return item, shipping costs ($20), restocking fee and a 15% non-refundable credit card charge is deducted from the credit amount.

### Cancel Order Policy

If you want to cancel your order, please contact our customer service after you order within 6 hours, before item don't delivery. So sorry that we can't cancel order when ship them out. Thank you for your understand. If you insist to cancel your order, please observe our return policy. 30% non-refundable credit card charge is deducted from the credit amount.
Attention:
1. All exchange or return products, must keep their original condition not worn, altered or washed, with all tags attached.
2. You must contact us customer service within 3days when you receive your item.
Hope we can understand each other. Any questions please mail us; we will attend to any matters and work together with you to resolve it.

Back





















































**Welcome To Oakley Sunglasses Google Shop.**

Home | Shipping | Privacy | New Products | Specials | Contact Us | Register | Sign In | Sign out

OAKLEY WOMENS | OAKLEY RADAR | OAKLEY FROGSKINS | OAKLEY LIMITED EDITIONS | OAKLEY LIFESTYLE

**CURRENCIES**

US Dollar

**CATEGORIES**

› Oakley 2013 Limited
› Oakley Active Sunglass
› Oakley Asian Fit Sunglass
› Oakley Crankcase Sunglass
› Oakley Deringer Sunglass
› Oakley Dispatch Sunglass
› Oakley Flak Jacket Sunglass
› Oakley Frogskins Sunglass
› Oakley Fuel Cell Sunglass
› Oakley Gascan Sunglass
› Oakley Hijinx Sunglass
› Oakley Jawbone Sunglass
› Oakley Juliet Sunglass
› Oakley Lifestyle Sunglass
› Oakley Limited Editions
› Oakley Photochromic
› Oakley Pit Boss Sunglass
› Oakley Plaintiff Sunglass
› Oakley Polarized Hijinx
› Oakley Pro M Frame
› Oakley Radar Path Sunglass
› Oakley Radar Sunglass
› Oakley Special Editions
› Oakley Star of Sunglass
› Oakley Womens Sunglasses
› Oakley X Squared

**INFORMATION**

14 day no quibble money back guarantee on all items

100% secure online ordering with full PCI Compliance

Friendly based customer support available

Home :: Shipping & Returns

# Shipping & Returns

**International Orders**

We use International Express Service for all international deliveries. Please allow around 5-12 working days from dispatch. Additional delays may occur during the months of September - March due to the high demand and heavy load on postal services and customs. We are not responsible for loss or damage of your order in transit. This responsibility is passed on to us as soon as we hand your order over to the shipping company. International orders might be subject to import taxes/duties. For information, please contact your local customs authority. Any such taxes are the responsibility of the parcel recipient and are not paid by us.

**Cancellations**

Should you wish to cancel your order, you must email us immediately. 30% cancellation fee applies. Majority of orders are dispatched within 1-2 days from the order date. Shipped orders cannot be cancelled.

**Returns**

In the unlikely event of manufacturing faults, we would replace/repair the products at no cost to the customer. To return an item, you must email us and inform us of the reason. We will then provide you with further instructions. Goods must be returned within 8 days of receipt date - unworn and contain all the original packaging and labels. We will credit your original method of payment, excluding 25% re-stocking/processing fee and US$30 return fee. All shipping costs associated with the return of goods are the responsibility of the consumer.

**Exchanges**

To exchange a product, you must email us and inform us of the reason. We will then provide you with further instructions. The goods can be exchanged within 8 days of the receipt date provided they are unworn and in the original condition with all the original packaging and labels. When returning an item for an exchange, please ensure that your name, address, phone number and instructions are clearly indicated. All shipping costs associated with the exchange of goods are the responsibility of the consumer. We strongly recommend that you use traceable shipping, as we will not be responsible for any lost parcels. For overseas orders this process can take up to 30 days.

← BACK





























