**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| OAKLEY, INC., | ) |
| Plaintiff, | ) Case No. 15-cv-5963 ) |
| | ) **Judge Gary Feinerman** |
| v. | ) |
| | ) **Magistrate Judge Young B. Kim** |
| ZHANG YIYI, et al., | ) |
| Defendants. | ) |
| | ) |

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Oakley, Inc. ("Oakley") hereby dismisses this action without prejudice against the Defendants Brand Glasses OUTLETS[1], cl5138[2], sammy_ljg82[3], and yukilovekobe[4].

---

[1] See line 985 of the Defendants section of Schedule A, associated with the URL aliexpress.com/store/935085 on line 3 of the Online Marketplace Accounts section of Schedule A.

[2] See line 1043 of the Defendants section of Schedule A, associated with the URL ebay.com/usr/cl5138?_trksid=p2047675.l2559 on line 61 of the Online Marketplace Accounts section of Schedule A.

[3] See line 1044 of the Defendants section of Schedule A, associated with the URL stores.ebay.com/samscornerstore/on line 62 of the Online Marketplace Accounts section of Schedule A.

[4] See line 1045 of the Defendants section of Schedule A, associated with the URL ebay.com/usr/yukilovekobe?_trksid=p2047675.l2559 on line 63 of the Online Marketplace Accounts section of Schedule A.

1

Dated this 12th day of August 2015.    Respectfully submitted,


/s/ Justin R. Gaudio
Kevin W. Guynn
Amy C. Ziegler
Justin R. Gaudio
Jessica L. Bloodgood
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
kguynn@gbclaw.net
aziegler@gbclaw.net
jgaudio@gbclaw.net
jbloodgood@gbclaw.net

*Attorneys for Plaintiff Oakley, Inc.*