**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| OAKLEY, INC., | ) |
| Plaintiff, | ) Case No. 15-cv-5963 ) |
| | ) **Judge Gary Feinerman** |
| v. | ) |
| | ) **Magistrate Judge Young B. Kim** |
| ZHANG YIYI, et al., | ) |
| Defendants. | ) ) |

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Oakley, Inc. ("Oakley") hereby dismisses this action with prejudice against the Defendant CarBang.[1]

Dated this 14th day of August 2015.          Respectfully submitted,

/s/ Justin R. Gaudio
Kevin W. Guynn
Amy C. Ziegler
Justin R. Gaudio
Jessica L. Bloodgood
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
kguynn@gbclaw.net
aziegler@gbclaw.net
jgaudio@gbclaw.net
jbloodgood@gbclaw.net

*Attorneys for Plaintiff Oakley, Inc.*

---

[1] See line 987 of the Defendants section of Amended Schedule A, associated with the URL aliexpress.com/store/1800571 on line 5 of the Online Marketplace Accounts section of Amended Schedule A.