

United States District Court
For the Northern District of Illinois
Eastern Division

Oakley, Inc.                                          Case No. 15-cv-05963

vs.

                                                                  Judge   Gary Feinerman

Yiyi, et al

### Notice of Removal of Material

### From the Custody of the Clerk's Office

The following item(s) was hereby removed from the custody of the Clerk's Office by the undersigned, who is representing: Oakley, Inc..

**Describe:**

Filed 7/17/2015: Document No. 37 - Surety Bond in the amount of $10,000.00 posted by Oakley, Inc.

I, **Joe Juettner**, am authorized to remove the above described document(s) from the court.

**Signature:** _____     **Firm:** Greer, Burns & Crain, Ltd.

**By:** C. Chambers                    **Date:** 8/26/2015
      **Deputy Clerk**



**GBCLAW.NET**

**CHICAGO OFFICE**
300 S. Wacker Drive
Suite 2500
Chicago, IL 60606
P: 312.360.0080
F: 312.360.9315

**SAN DIEGO OFFICE**
12636 High Bluff Drive
Suite 400
San Diego, CA 92130
P: 858.724.2145

August 26, 2015

<u>**VIA HAND DELIVERY**</u>

Finance Department
U.S. District Court
Northern District of Illinois
219 S. Dearborn St., 20th Flr.
Chicago, IL 60604

Re:   Oakley, Inc.  v. Zhang Yiyi, et al.
U.S. District Court Northern District of Illinois
Case No.: 15-cv-5963
Our Reference: 5459.121033

Dear Sir:

Please release a bond in the amount of $10,000 to the custody of Joseph Juettner. The bond is being returned in accordance with Judge Feinerman's August 20, 2015 order (DE #53).

Very truly yours,

GREER, BURNS & CRAIN, LTD.

Justin R. Gaudio
Direct 312-987-2922 | jgaudio@gbclaw.net

JRG:jvj

Patrick G. Burns
Lawrence J. Crain
Steven P. Fallon
Paul G. Juettner
Kevin W. Guynn
Amy C. Ziegler
Justin R. Gaudio
James K. Folker
B. Joe Kim
Laura R. Wanek
Christopher S. Hermanson
Patricia L. Prior *
E. Kate Berezutskaya, Ph.D
Greg P. Einhorn, Ph.D
Eleanor M. Musick
Peter M. Klobuchar

Arik B. Ranson
Tanja Proehl, Ph.D. **
Mark B. Lee
Patrick J. Smith
Jessica L. Bloodgood
Atanu Das
Mary F. Festco
Allyson M. Martin
Frank Ward

Roger D. Greer (1941-2011)
Thomas Fitzsimons (1965-2013)

Of Counsel:
John W. Chestnut
Thomas E. Hill

Patent Agents:
Tanja C. Sienko, Ph.D.
Thomas J. Juettner

* Admitted in Ohio only
** Admitted in New York only